**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSE ORTEGA ALCALA,

Petitioner,

v.

WARDEN, et al.,

Respondents.

CASE NO. 5:26-cv-03052-DOC-SK

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY IN PART AND DISMISS IN PART HABEAS PETITION**

Pursuant to 28 U.S.C. § 636(b), the Court has reviewed the filed Report and Recommendation to Deny in Part and Dismiss in Part Habeas Petition. Because the deadline for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). The Petition under 28 U.S.C. § 2241 is therefore denied in part and dismissed in part for the reasons set forth in the Report and Recommendation. Judgment dismissing this action will be entered accordingly.

IT IS SO ORDERED.

DATED: September 8, 2026

David O. Carter

DAVID O. CARTER
United States District Judge