**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSE ORTEGA ALCALA,

Petitioner,

v.

WARDEN, et al.,

Respondents.

CASE NO. 5:26-cv-03052-DOC-SK

**JUDGMENT**

In accordance with the Court's Order Accepting Report and Recommendation to Deny in Part and Dismiss in Part Habeas Petition, IT IS ADJUDGED that this habeas action under 28 U.S.C. § 2241 is dismissed.

The Court Clerk is instructed to close the case.

DATED: September 8, 2026

David O. Carter

DAVID O. CARTER
United States District Judge